**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

_____

| | |
|---|---|
| **TIMOTHY C. ODOM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 07-2064 |
| ) | |
| **THOMAS J. DIFANIS,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

A Report and Recommendation (#13) was filed by the Magistrate Judge in the above cause on August 28, 2007. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendant's Motion to Dismiss (#8) is GRANTED.

(2) Plaintiff's complaint is dismissed without prejudice. Plaintiff is allowed fourteen (14) days from entry of this order to file an amended complaint.

ENTERED this 18th day of September, 2007

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE